# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M18 | 9597167 | WILCHER, R | 1336 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 09/19/2022 1512 | 38 C.F.R. 1.218(b)(6) |

Place of Offense: PARKING LOT M
3687 VETERANS DR FT HARRISON, MT 59636

Offense Description: Factual Basis for Charge — HAZMAT ☐
FAILURE TO COMPLY W/ SIGNS OF A DIRECTIVE AND RESTRICTIVE NATURE POSTED FOR SAFETY PURPOSES

### DEFENDANT INFORMATION

Last Name: STENNES
First Name: JODI
MI: L

Tag No: N/A | State: N/A | Year: N/A | Make/Model: N/A | Color: N/A

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]
Original - CVB Copy
*9597167*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 19, 2022 while exercising my duties as a law enforcement officer in the _____ District of MONTANA

On the above listed time and date, on front side of violation, I, Detective Wilcher in full duty and uniform (plain clothes), did a courtesy walk through parking lot M. There is a shed used for storage and smokers from RRTP like going over. When I came around the corner, I saw the aforementioned female sitting on the curb smoking. I took her to the park bench and issued her a citation. She had been previously warned by me while on VA property.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/19/2022   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.